**Order entered November 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01019-CV

## IN THE INTEREST OF S.O., MINOR CHILD

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30101-2020**

## ORDER

Volume 16, an exhibit volume, of the reporter's record in this parental termination appeal was filed under seal. Although the trial court was authorized to order the record sealed, *see* TEX. FAM. CODE ANN. § 161.210, nothing before the Court reflects the trial court did so. Accordingly, we **STRIKE** volume 16 and **ORDER** Janet L. Dugger, Official Court Reporter for the 296th Judicial District Court, to file volume 16 without seal no later than November 21, 2022.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable John Roach, Jr., Presiding Judge of the 296th Judicial District Court; Ms. Dugger; and, the parties.

/s/ KEN MOLBERG
JUSTICE